Judgment affirmed, with costs to all parties appearing separately and filing briefs payable out of the trust estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.

KNOWLTON DURHAM, Appellant, *v.* IDONAH S. PERKINS, Respondent.

*Argued June 13, 1946; decided July 23, 1946.*

*Albert Adams* for appellant.

*J. Arthur Leve* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.

CHARLES E. RIORDAN, as Ancillary Administrator D. B. N. C. T. A. of the Estate of JOHN J. RIORDAN, JR., Deceased, Respondent, *v.* JOSEPHINE M. CRABTREE et al., Appellants.

Counsel appeared June 6, 1946; decided July 23, 1946.